■ In the Matter of the Claim of CONCETTA CARUSO, Respondent, v. D. W. WINKELMAN CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.